CUTHBERT HOWE, Appellant, v. NICHOLAS BULAONG and LILLIE BULAONG,

* See Penal Law, § 2013.— [REP.

Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the. Court of Appeals denied, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.